UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                           22-CR-256

SAMUEL FONTANEZ-RODRIGUEZ

**NOTICE OF CORRECTIONS AND ADDITION TO PRESENTENCE REPORT**

Defendant, by and through undersigned counsel, does hereby note the following corrections to the presentence report:

Paragraph 28. The paragraph indicates he is the youngest of seven children. Defendant is the youngest of 10 children.

Paragraph 29. The paragraph suggests defendant came to the United States at around the age of 10. Defendant came to the United States at age 3.

Paragraph 34. The paragraph suggests defendant lived in Puerto Rico until age 13. Defendant lived in Puerto Rico to age 3.

Paragraph 36. This paragraph lists defendant's weigh as 140. Defendant weighs 225 pounds.

Paragraph 37. Defendant receives medical treatment form injuries sustained in an automobile accident.

In addition to the factual corrections, defendant adds that he self-surrendered in this matter.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh 3323329
5335 Wisconsin Avenue, N.W/
Suite 440
Washington, D.C. 20015
(202) 347-0200

CERTIFICATE OF SERVICE

I HHEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon all counsel of record on this the 12th day of January, 2023.

_____/s/_____
Steven R. Kiersh